IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TONY LEON WALKER                                                            PLAINTIFF

v.                  Civil No. 06-5023

BENTON COUNTY DETENTION
CENTER; and ALL DEPARTMENT
EMPLOYEES IN THE BOOKING AREA
AND THE OFFICERS INVOLVED IN
TRANSPORTING PLAINTIFF TO THE
HOSPITAL                                                DEFENDANTS

## **ORDER**

Plaintiff's complaint was filed in this case on February 10, 2006. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information with respect to his claims.

Accordingly, it is ordered that plaintiff, Tony Leon Walker, complete and sign the attached addendum to his complaint, and return the same to the court **by April 7, 2006. Plaintiff is advised that should he fail to return the completed and executed addendum by April 7, 2006, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 7th day of March 2006.

                                                        /s/ Beverly Stites Jones
                                                        UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TONY LEON WALKER                                        PLAINTIFF

v.                    Civil No. 06-5023

BENTON COUNTY DETENTION
CENTER; and ALL DEPARTMENT
EMPLOYEES IN THE BOOKING AREA
AND THE OFFICERS INVOLVED IN
TRANSPORTING PLAINTIFF TO THE
HOSPITAL                                                DEFENDANTS

## **ADDENDUM TO COMPLAINT**

TO: TONY LEON WALKER

      This form is sent to you so that you may assist the court in making a determination as to the issue of whether your complaint should be served upon the defendants. Accordingly, it is required that you fill out this form and send it back to the court **by April 7, 2006**. Failure to do so will result in the dismissal of your complaint.

      The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

## **RESPONSE**

      In your complaint, you allege your request to be placed in a cell by yourself because of your mental instability was denied. You indicate you then got into a fight with a fellow inmate and were injured. You state your nose was bleeding and you asked repeatedly to be taken to the hospital but were not taken for several hours.

      1. Provide the dates of your incarceration at the Benton County Detention Center

(BCDC).

Answer:

_____

_____

_____

2. Please state why you were booked into the BCDC. For instance, were you being charged with a criminal offense, or serving a sentence, or was your probation or parole being revoked?

Answer:

_____

_____

_____

_____

3. You have named the Benton County Detention Center as a defendant. The jail is a building and not a person subject to suit under § 1983. Did you intend to name any individuals as defendants?

Answer: Yes _____ No _____.

If you answered yes, please list each individual you intended to name as a defendant and state how he or she violated your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      4. You allege you asked to be placed in a cell by yourself for your safety and for the safety of others. You state you have a history of being mentally unstable due to anger problems. Please state: (a) whether you had received any type of treatment for this condition; (b) whether you were taking any prescription medication to control your anger or were under the care of any doctor; (c) what type of history of mental instability you had; and (d) whether you had ever been incarcerated in the BCDC before this and if you had please state if you were put in a cell by yourself.

      Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5. Who refused your request to be housed in a cell by yourself?

Answer:

_____

_____

_____

_____

_____

6. You have alleged you were involved in a fight with another inmate and sustained an

injury to your nose which was bleeding profusely. Please state: (a) what day the fight occurred; (b) what time the fight occurred; (c) whether jail personnel had to break the fight up; (d) whether you were taken to a different cell following the fight; (e) when you first requested medical care; (f) whether you were seen by the jail nurse or jail doctor; (g) what treatment you received from the jail doctor or jail nurse; and (h) when you were taken to the hospital.

    Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

7. Who refused your requests for medical care?

Answer:

_____

_____

_____

_____

_____

8. You have named the officers who transported you to the hospital as defendants. Please state who these officers were and how you believe they violated your federal constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

9. After you were booked in, did you make a written request to be placed in a cell by yourself because of your problems with anger?

Answer: Yes _____ No _____.

If you answered yes, please state when you made the request and what response you

received.

_____

_____

_____

_____

_____

_____

If you answered no, please state why you did not make a written request.

_____

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____
TONY LEON WALKER

_____
DATE