**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**TONY LEON WALKER**                                                                   **PLAINTIFF**

**v.**                      **Civil No. 06-5023**

**BENTON COUNTY DETENTION**
**CENTER; and ALL DEPARTMENT**
**EMPLOYEES IN THE BOOKING AREA**
**AND THE OFFICERS INVOLVED IN**
**TRANSPORTING PLAINTIFF TO THE**
**HOSPITAL**                                                            **DEFENDANTS**

**O R D E R**

Now on this 10th day of May, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #7), in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff Walker's claims are hereby **dismissed**.

                                                       **/s/Jimm Larry Hendren**
                                                       **HON. JIMM LARRY HENDREN**
                                                       **UNITED STATES DISTRICT JUDGE**